■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RAMSEY, Appellant. [610 NYS2d 902] —Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that the court abused its discretion in denying defendant's request for an adjournment in order to permit defendant to prepare for self-representation at the trial *(see, People v Arroyave,* 49 NY2d 264, 271; *People v McIntyre,* 36 NY2d 10, 17). Furthermore, the record shows that, after the court denied defendant's request for an adjournment, defendant abandoned his application for leave to proceed *pro se* and consented to be represented by his previously assigned counsel at the trial *(see, People v Grippo,* 124 AD2d 985, 986).

Contrary to defendant's argument, the court did not err in admitting the so-called shank into evidence. In any event, in light of the overwhelming evidence of defendant's guilt, the error, if any, is harmless *(see, People v Crimmins,* 36 NY2d 230, 242). (Appeal from Judgment of Monroe County Court, Connell, J.—Attempted Escape, 1st Degree.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.